# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00551-CV

### In re Reimers Family Limited Partnership

### ORIGINAL PROCEEDING FROM CALDWELL COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Goodwin and Smith

Filed: June 16, 2021